AFFIDAVIT OF SERVICE

United States of America,

    -v-

BRUCE GUNN,
    Petitioner,

Case No. 92-10344

04-11478

Bruce Gunn, being duly sworn, deposes and says:
That I am the petitioner listed above, and that I have on this 22 day of June, 2004, placed in the mail repository at FCI Raybrook, P.O. Box 9005, Raybrook, New York 12977, 3 copies of a petition pursuant to 18 USC 3582 (c)(2). The original and one copy of the enclosed petition to the Court, USDC, District of Massachusetts, and one copy of the foregoing to the AUSA, located at: Michael Pelgro, AUSA, Office of the U.S. Attorney, One Courthouse Way, Boston, Mass. 02210, to be delivered by the United States Postal Service.

SWORN TO BEFORE ME THIS

22nd DAY OF June, 2004

_David A Parker_
Notary Public

DAVID A. PARKER
Notary Public, State of New York
Qualified in Franklin County
My Commission Expires March 25, 20 06
01PA6071699

Respectfully,

_Bruce Gunn_
Bruce Gunn, Pro Se