Bruce Gunn
Federal Register No. 19381-038
FCI Raybrook
P.O. Box 9005
Raybrook, New York
12977



United States District Court
Disttrict of Massachusetts
595 Main Street, Room 502
Worchester, MA
01608

January 1, 2005

Re: Gunn v. United States
    1:04-cv-11478-ADM

Clerk of the Court:
    This letter is in reply to your correspondence dated 11/5/2004, whereas my letter requested whether any action was taken in relation to a petition made pursuant to 28 USC § 2241 that I filed in June, 2004. Your reply included a copy of the Docket Sheet Entries from June, 2004; however in review of this Docket, I notice a discrepency that must be clarified as soon as possible.
    Specifically, I filed in June, 2004, a motion for relief made pursuant to 28 USC § 2241; however your Docket Sheet mischaracterizes the statute cited in relation to that petition. I have not been asked whether I agree to the recharacterization, nor do I grant permission to do so. The motion specified section 2241, rather than 2255; which is an entirely different review process.
    Please recheck this Docket entry, correct the same, and return an updated Docket Sheet indicating this letter and the correct interpretation of my petition. Thank you for your assistance, and if there has been an undate, please inform me. Specifically, I am looking to see whether the Court has issued an Order for the Government to Reply to my brief.

                                                            Respectfully,

                                                            Bruce Gunn

c.c. File