UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE GUNN,
        Petitioner,

v.                        Civil Action No. 04-11478-RGS

UNITED STATES OF AMERICA,
        Respondent

ORDER

STEARNS, D. J.

It is hereby ordered that the clerk shall serve a copy of the Petitioner's filings in this action upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading). The Respondent shall include in its response 1) whether this case should be treated as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255; 2) whether this action is a second or successive §2255 motion; 3) whether this case should be treated as a motion to reduce sentence pursuant to 18 U.S.C. §3582(c)(2); or 4) whether this action should be construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 because a §2255 remedy is inadequate.

February 7, 2005                    /s/ Richard G. Stearns
    Date                                  Richard G. Stearns
                                           United States District Judge