**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| BRUCE GUNN | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-CV-11478-RGS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3392

February 22, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have served upon the defendant (pro se), Bruce Gunn, FCI Raybrook, Raybrook, NY 12977, a copy of the foregoing document by first-class mail this 22nd day of February, 2005.

/s/ David G. Tobin
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY