UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRUCE GUNN** | ) |
| | ) |
| v. | ) CIVIL NO. 04-11478-RGS |
| | ) |
| **UNITED STATES of AMERICA** | ) |
| | ) |

**GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE RESPONSE**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to enlarge the time by which it must file a response to petitioner's Motion to Vacate, Set Aside, or Correct Sentence from February 27, 2005 to a date not before May 2, 2005.  In support of this motion, the United States avers that the undersigned attorney for the United States was recently assigned this case, that the undersigned will be on military leave the weeks of February 28, 2005 and March 14, 2005, and on an out-of-state vacation the week of April 18, 2005. The undersigned is scheduled to begin jury trials on March 28, 2005 and May 2, 2005.  As a result of these previously scheduled matters, the undersigned moves this Honorable Court to enlarge

the time by which the United States must file its response to a date not before May 2, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                       By: */s/ David G. Tobin*
                                DAVID G. TOBIN
                                Assistant U.S. Attorney

Dated:  February 22, 2005