Bruce Gunn
FCi Raybrook
P.O. Box 9005
Raybrook, New York
12977

FILED
IN CLERKS OFFICE

2005 MAR 14 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA
02210

Re: Civil No. 04-11478-RGS

Honorable Court:
    Please accept this letter in lieu of formal petition to object to the government's recharacterization of my motion previously filed in this Court, which was made pursuant to 18 U.S.C. § 3582(c)(2), seeking a modification of my sentence based upon a retroactive change in the USSG.
    The government, in it's motion to enlarge the time in which to file a response, attampts to recharacterize my motion as one made under 28 USC § 2255. I did not file a motion for habeas relief and therefore object to the government's attempt to persuade this Court to recharacterize said motion under a different provision of the Federal Civil Procedure Law and Rules.
    I also object to the goverment's request for an extension of time in whoch to reply, in that my motion was filed approximately 6 months prior to this date, and therefore the government had ample opportunity prior to this time, in which to formulate a reply. The government has virtually unlimited resources, while I do not. I therefore object and request that a decision granting my relief requested be granted.

March 4, 2005

*Bruce W Gunn*

cc; Michael J. Sullivan USDA