UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BRUCE GUNN

    V.                                  CIVIL ACTION NO. 04-11478-RGS

UNITED STATES OF AMERICA

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                      **AUGUST 5, 2005**

THIS COURT HAVING DENIED THE PETITIONER'S MOTION FOR A REDUCTION OF SENTENCE IN ITS MEMORANDUM AND ORDER ON PETITIONER'S MOTION FOR A REDUCTION OF SENTENCE ISSUED ON THIS DATE,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

        BY:

                                              /s/ Mary H. Johnson
                                                 Deputy Clerk