UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE GUNN,
    V.

UNITED STATES OF AMERICA,

Civil No. 04 11478 RGS

NOTICE OF APPEAL

---

    COMES NOW, Bruce Gunn, the appellant in the matter stated above, hereby appeals the denial of a motion made pursuant to 18 USC § 3582(c)(2), by the United States District Court for the District of Massachusetts, the Honorable Richard G. Stearns, USDJ, dated August 5, 2005; and requests the issuance of a Certificate of Appealability.

Respectfully,

*Bruce W. Gunn*
Bruce Gunn

September 12, 2005

To: United States District Court
    District of Massachusetts