## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11478

Bruce Gunn

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 6, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/6/05 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11478-RGS

Gunn v. United States of America  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/24/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Bruce Gunn**

represented by **Bruce Gunn**  
FCI Raybrook  
Raybrook, NY 12977  
PRO SE

V.

**Respondent**

**United States of America**

represented by **David G. Tobin**  
United States Attorneys Office  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210  
617-748-3392  
Fax: 617-748-3965  
Email: David.Tobin@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Bruce Gunn.(Jenness, Susan) (Entered: 06/29/2004) |
| 06/24/2004 | 2 | AFFIDAVIT of Service of Bruce Gunn re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Bruce Gunn. (Jenness, Susan) (Entered: 06/29/2004) |
| 11/08/2004 |  | Case Reassigned to Judge Richard G. Stearns. Judge A. David Mazzone no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Diskes, Sheila) (Entered: 11/08/2004) |
| 01/07/2005 | 3 | Letter/request (non-motion)regarding incorrect opening of his case, should be a 2241 not a 2255 from Bruce Gunn. (Jones, Sherry) (Entered: 01/07/2005) |
| 01/31/2005 | 4 | Letter/request (non-motion) from Bruce Gunn requesting a change in the cause of action. (Jenness, Susan) (Entered: 02/02/2005) |
| 02/02/2005 |  | Document No. 4 forwarded for consideration (Jenness, Susan) (Entered: 02/02/2005) |
| 02/07/2005 | 5 | Judge Richard G. Stearns : ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. The Respondent shall include in its response 1) whether this case should be treated as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. 2255; 2) whether this action is a second or successive 2255 motion; 3) whether this case should be treated as a motion to reduce sentence pursuant to 18 U.S.C. 3582 (c)(2); or 4) whether this action should be construed as a petition for writ of habeas corpus pursuant to 28 |

|  |  | U.S.C. 2241 because a 2255 remedy is inadequate. (Greenberg, Rebecca) (Entered: 02/08/2005) |
|---|---|---|
| 02/22/2005 | 6 | NOTICE of Appearance by David G. Tobin on behalf of United States of America (Tobin, David) (Entered: 02/22/2005) |
| 02/22/2005 | 7 | MOTION for Extension of Time to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Tobin, David) (Entered: 02/22/2005) |
| 03/01/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Extension of Time to File Response/Reply re 7 MOTION for Extension of Time to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) Responses due by 5/2/2005 (Flaherty, Elaine) (Entered: 03/04/2005) |
| 03/14/2005 | 8 | RESPONSE to Motion re 7 MOTION for Extension of Time to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Bruce Gunn. (Flaherty, Elaine) (Entered: 03/17/2005) |
| 05/09/2005 | 9 | RESPONSE to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. (Tobin, David) (Entered: 05/09/2005) |
| 06/15/2005 | 10 | REPLY to Response to Motion re 7 MOTION for Extension of Time to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Bruce Gunn. (Flaherty, Elaine) (Entered: 06/17/2005) |
| 08/05/2005 | 11 | Judge Richard G. Stearns : Memorandum and Order entered.(Giannotti, Diane) (Entered: 08/05/2005) |
| 08/05/2005 | 12 | Judge Richard G. Stearns : Electronic ORDER entered. ORDER DISMISSING CASE.(Johnson, Mary) (Entered: 08/05/2005) |
| 09/21/2005 | 13 | NOTICE OF APPEAL and request for certificate of |

| | | |
|---|---|---|
| | | appealability as to 12 Order Dismissing Case by Bruce Gunn. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/11/2005. (Flaherty, Elaine) (Entered: 09/29/2005) |
| 09/29/2005 | | Judge Richard G. Stearns : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 13 Notice of Appeal, request for certificate of appealability filed by Bruce Gunn, "DENIED." Forwarded to U.S. Court of Appeals."(Flaherty, Elaine) (Entered: 10/04/2005) |