## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2519

USDC Docket Number : 04cv11478-RGS

BRUCE GUNN

v.

UNITED STATES OF AMERICA

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Underlying criminal case  92-10344-MA   U.S. v. Bruce Gunn

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2006.

Sarah A. Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/06

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2519

USDC Docket Number : 04cv11478-RGS

BRUCE GUNN

v.

UNITED STATES OF AMERICA

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Underlying criminal case  92-10344-MA   U.S. v. Bruce Gunn

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2006.

Sarah A. Thornton, Clerk of Court

By:

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/06