USDC MA
Jug Stearns
04-11478

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-2519

BRUCE GUNN,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

Before

Torruella, Selya, and Howard, Circuit Judges.

JUDGMENT

Entered: September 29, 2006

We have carefully reviewed the record in this case, including the filings of the parties, and now affirm the district court's denial of defendant's petition for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant's argument that he is entitled to a sentence reduction under U.S.S.G. § 5G1.3 fails because his state drug charges were not considered relevant conduct in the calculation of his offense level in the instant case.

Affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 11/21/06

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc: Bruce Gunn, David Tobin, AUSA, Dina Michael Chaitowitz, AUSA]