USDC MA
Jirg Stearns
04-11478

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-2519

BRUCE GUNN,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

Before

Torruella, Selya, and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 29, 2006

We have carefully reviewed the record in this case, including the filings of the parties, and now affirm the district court's denial of defendant's petition for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant's argument that he is entitled to a sentence reduction under U.S.S.G. § 5G1.3 fails because his state drug charges were not considered relevant conduct in the calculation of his offense level in the instant case.

<u>Affirmed</u>.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/21/06

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc: Bruce Gunn, David Tobin, AUSA, Dina Michael Chaitowitz, AUSA]